

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**PRICE DANIEL**
ATTORNEY GENERAL

July 3, 1952

Hon. Robert S. Calvert
Comptroller of Public Accounts
Austin, Texas

Opinion No. V-1473

Re: Applicability of H.B.
753, 52nd Legislature,
1951, relating to ac-
countability for State
property, to the State
Board of Public Account-
ancy, the State Board of
Nurse Examiners, and the
State Optometry Board.

Dear Sir:

Your request for an opinion is in part as
follows:

"I will thank you to advise this de-
partment whether the following state agencies
are governed by House Bill No. 753, passed
by the Fifty-second Legislature, and whether
these agencies are required to account and
report to the State Comptroller the property
each has in its possession as required by
House Bill No. 753: State Board of Public
Accountancy; State Optometry Board; Board of
Nurse Examiners."

House Bill 753, Acts 52nd Leg., R.S. 1951, ch.
356, p. 602 (Art. 6252-6, V.C.S.) defines "agency" as
follows:

"'Agency' shall include any State de-
partment, agency, board or other instrumen-
tality, whether it is financed in whole or
in part by funds appropriated by the Leg-
islature or not; but shall not include local
political subdivisions of the State, such as
counties, cities, towns, school districts,
flood control districts, irrigations districts,
and the like."

This office held in Attorney General's Opinion V-1443 (1952) that the definition of "agency" included such instrumentalities as the Daughters of the Republic, the Daughters of the Confederacy, the San Jacinto Museum of History Association, the Battleship Texas Commission of Texas, and the State Board of Control.

The Texas State Board of Public Accountancy was created originally in 1915 by the Legislature for the purpose of regulating public accountants. S.B. 222, Acts 34th Leg., R.S. 1915, ch. 122, p. 184, superseded by S.B. 176, Acts 49th Leg., R.S. 1945, Ch. 315, p. 517 (now Art. 41a, V.C.S.).

The State Board of Optometry was created by the Legislature in 1921 for the purpose of regulating the practice of optometry. S.B. 50, Acts 37th Leg., 1st C.S. 1931, ch. 51, p. 159 (now Arts. 4552-4566-1, V.C.S.).

The Board of Nurse Examiners for the State of Texas was created by the Legislature in 1923 for the purpose of regulating the practice of professional nursing. S.B. 40, Acts 38th Leg., R.S. 1923, ch. 183, p. 415 (now Arts. 4513-4528b, V.C.S.).

The Legislature has prescribed the qualifications, powers, and duties and provided a method of compensation for the members of the respective boards. The definition of "agency" is stated in clear and unambiguous language and includes every instrumentality of the State with certain specific exceptions not applicable to your request. It is therefore our opinion that House Bill 753 is applicable to these state agencies, and they are required to account and report to the State Comptroller the property each has in its possession, as required by House Bill 753. Att'y. Gen. Op. V-1443 (1951).

## SUMMARY

House Bill 753, Acts 52nd Leg., R.S. 1951, ch. 356, p. 602 (Art. 6252-6, V.C.S.) establishing an accounting system for State property, is applicable to the Texas State Board of Public Accountancy, the Texas State Board of Optometry, and the Board of Nurse

Examiners for the State of Texas. They are required to account and report to the State Comptroller of Public Accounts the property each has in its possession as required by the act. Att'y. Gen. Op. V-1443 (1951).

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

E. Jacobson
Reviewing Assistant

Charles D. Mathews
First Assistant

JR:am

PRICE DANIEL
Attorney General

By John Reeves
John Reeves
Assistant